UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE STATE OF MAINE, ) <br> ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:24-cv-00315-SDN |

## JOINT MOTION TO DISMISS AND RETAIN JURISDICTION

The United States of America, Plaintiff, and the State of Maine, Defendant (collectively, the "Parties"), having entered into a Settlement Agreement, jointly move this Court for entry of an Order conditionally dismissing this action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and move that the Court retain jurisdiction to enforce the Settlement Agreement in accordance with its terms and for its duration.  *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994) (recognizing that a federal district court may retain jurisdiction to enforce a "dismissal-producing settlement agreement" in its order); *Commonwealth Sch., Inc. v. Commonwealth Acad. Holdings LLC*, 994 F.3d 77, 84 (1st Cir. 2021) ("[T]he district court may retain jurisdiction to enforce a settlement in a dismissed case as long as the order of dismissal either incorporates the settlement agreement or explicitly reserves jurisdiction to enforce the settlement.").  The Settlement Agreement is attached as Exhibit A to the Parties' Proposed Order.

Dated:  November 26, 2024                     Respectfully submitted,

REBECCA B. BOND                                AARON M. FREY
Chief                                          Attorney General, State of Maine

ANNE S. RAISH                                  THOMAS A. KNOWLTON
Principal Deputy Chief                         Deputy Attorney General
                                               Chief, Litigation Division
JENNIFER K. MCDANNELL                          thomas.a.knowlton@maine.gov
Deputy Chief

/s/ Victoria Thomas                            /s/ Kimberly L. Patwardhan
VICTORIA THOMAS                                KIMBERLY L. PATWARDHAN
MARGARET GIRARD                                Assistant Attorney General
DANIELLE ROSENTHAL                             kimberly.patwardhan@maine.gov
Trial Attorneys
Disability Rights Section                      Office of the Maine Attorney General
Civil Rights Division                          6 State House Station
U.S. Department of Justice                     Augusta ME 04333-0006
950 Pennsylvania Avenue, N.W.                  Telephone: (207) 626-8880
Washington, D.C. 20530                         Facsimile: (207) 287-3145
Telephone: (202) 353-5137
Facsimile: (202) 307-1197                      *Counsel for Defendant State of Maine*
victoria.thomas@usdoj.gov

*Counsel for Plaintiff United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2024, I electronically filed this document and any attachments with the Clerk of the Court using the CM/ECF system; that the same will be sent electronically to registered participants as identified in the CM/ECF electronic filing system for this matter.


Dated: November 26, 2024　　　　　　　　　/s/ Victoria Thomas
　　　　　　　　　　　　　　　　　　　　　VICTORIA THOMAS
　　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　　Disability Rights Section
　　　　　　　　　　　　　　　　　　　　　Civil Rights Division
　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　950 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 353-5137
　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 307-1197
　　　　　　　　　　　　　　　　　　　　　victoria.thomas@usdoj.gov