# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff*, v. **STATE OF MAINE,** *Defendant*. | CIVIL ACTION NO. 1:24-cv-00315 |

## MOTION FOR LEAVE TO WITHDRAW

Danielle B. Rosenthal hereby moves this Court for leave to withdraw as counsel for Plaintiff, the United States of America. Undersigned counsel is leaving employment with the U.S. Department of Justice. Trial Attorney Victoria Thomas will continue to represent Plaintiff in this matter.

**Dated:** April 4, 2024

*/s/ Danielle B. Rosenthal*
DANIELLE B. ROSENTHAL
Trial Attorney
Disability Rights Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 9.928
Washington, D.C. 20002
Telephone: (202) 353-5438
Facsimile: (202) 307-1197
danielle.rosenthal@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document entitled Motion for Leave to Withdraw via the Court's CM/ECF system, which will serve a copy of same upon all counsel of record.

**Dated:** April 4, 2025

*/s/ Danielle B. Rosenthal*
DANIELLE B. ROSENTHAL
Trial Attorney
Disability Rights Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 9.928
Washington, D.C. 20002
Telephone: (202) 353-5438
Facsimile: (202) 307-1197
danielle.rosenthal@usdoj.gov