**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>STATE OF MAINE,<br><br>                Defendant. | Case No. 1:24-cv-00315-SDN |

**STATE OF MAINE'S RESPONSE TO NOTICE OF INTENT TO PARTICIPATE FILED BY DISABILITY RIGHTS MAINE, AMERICAN CIVIL LIBERTIES UNION OF MAINE, GLAD LAW, AND CENTER FOR PUBLIC REPRESENTATION**

Defendant State of Maine, by and through counsel, hereby submits this response to the notice filed by non-parties Disability Rights Maine ("DRM"), American Civil Liberties Union ("ACLU") of Maine, GLAD Law ("GLAD"), and the Center for Public Representation ("CPR") (together, "the Coalition") to participate in this matter. ECF No. 24. The Court treated the Coalition's notice as a motion for leave to file an amicus brief, ECF No. 25, and set a deadline for responses to the motion.

*Background.* The United States filed its Complaint in this matter on September 9, 2024. ECF No. 1. The State of Maine sought and received several extensions of time to respond to the United States' Complaint ECF Nos. 9, 11, 14 & 16.

On November 22, 2024, the United States and the State executed a Settlement Agreement to resolve the claims in the United States' Complaint. ECF No. 20-1 at 35. On November 26, 2024, the United States and the State jointly moved to dismiss the case and for the Court to retain jurisdiction to enforce the Settlement Agreement in accordance with

1

its terms and for its duration.  ECF No. 17.  No party intervened in the case or opposed the parties' joint motion.

On December 20, 2024, the Court granted the parties' motion and conditionally dismissed the matter pursuant to Fed. R. Civ. P. 41(a)(2).  ECF No. 20.  The Court also retained jurisdiction to enforce the terms of the parties' Settlement Agreement.  ECF No. 20; *see also* ECF No. 20-1 (containing Settlement Agreement).  Judgment of Dismissal was entered on December 20, 2024.  ECF No. 21.

***The pending motion.***  Seven months later, on July 28, 2025, the Coalition filed a notice to alert the Court of their "desire to be heard regarding any proposed modification of the Agreement by the United States or the State of Maine."  ECF No. 24 at 1.  The Coalition requested "notice of, and an opportunity to address, any proposed modifications to the Settlement Agreement or, if necessary, to move for intervention or litigating amici/amici curiae plus status before alterations to the Settlement Agreement are approved."  ECF No. 24 at 2-3.  In particular, the Coalition identified the potential elimination of the role of the Independent Reviewer from the Settlement Agreement as a cause for concern.  *See id.*

Because the Coalition styled their filing as a notice, however, they did not move for intervention, address the factors for intervention, *see* Fed. R. Civ. P. 24(a), (b), or include the required pleading, *see* Fed. R. Civ. P. 24(c).  *See* Fed. R. Civ. P. 7(b) ("A request for a court order must be made by motion.").  The notice also did not address the extent or manner of participation the Coalition might request as amici curiae plus.  *See, e.g.*, *All. of Auto. Mfrs. v. Gwadowsky*, 297 F. Supp. 2d 305, 307 (D. Me. 2003).

On July 29, 2025, the Court modified the docket entry for the Coalition's notice to reflect the Court's view that the Coalition had moved for leave to file an amicus brief.  ECF

2

No. 25. The State thus understands that the Court is treating the Coalition's notice solely as a motion to file an amicus brief that addresses any proposed modifications to the Settlement Agreement—should the United States or the State seek to modify the Settlement Agreement in a manner that requires Court approval. The State does not understand the Court to be treating the notice as a motion to intervene under Rule 24 or as a motion to participate as amici curiae plus—both of which the State would oppose.[1]

Based on that understanding, the State takes no position on whether the Coalition should be permitted to file such an amicus brief. The State requests and reserves the right to be heard on any motion to intervene or any motion to participate as amicus plus that the Coalition may file in the future.

Dated:  August 18, 2025

Respectfully submitted,

AARON M. FREY
Attorney General, State of Maine

THOMAS A. KNOWLTON
Deputy Attorney General
Chief, Litigation Division
thomas.a.knowlton@maine.gov

*/s/ Kimberly L. Patwardhan*
KIMBERLY L. PATWARDHAN
Assistant Attorney General
kimberly.patwardhan@maine.gov

---

[1] The State agrees with the United States that the Coalition has not met "the standard for intervention under Rule 24." *See* ECF No. 28 at 3-8. The State also agrees that "allowing the Coalition to join this closed case [as amici curiae plus], months after the Court entered the Agreement is an unnecessary expansion of the involvement of third parties," *id.* at 9—particularly when the "Agreement expressly does not confer any benefits to third parties," including the Coalition, *id.* at 10 (citing ECF No. 20-1 at Section XIV.I).

3

Office of the Maine Attorney General
6 State House Station
Augusta ME  04333-0006
Tel.  (207) 626-8880
Fax (207) 287-3145

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 18, 2025, I electronically filed this document and any attachments with the Clerk of the Court using the CM/ECF system; that the same will be sent electronically to registered participants as identified in the CM/ECF electronic filing system for this matter.

Dated:  August 18, 2025                     /s/ *Kimberly L. Patwardhan*
                                                  KIMBERLY L. PATWARDHAN
                                                  Assistant Attorney General

                                                  Office of the Attorney General
                                                  6 State House Station
                                                  Augusta ME  04333-0006
                                                  Tel.  (207) 626-8570
                                                  Fax (207) 287-3145
                                                  kimberly.patwardhan@maine.gov