UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**STATE OF MAINE,**<br><br>　　Defendant. | Case No. 1:24-cv-00315-SDN |

**MOTION FOR REMOTE APPEARANCE**

　　The United States respectfully requests to appear remotely at any oral argument scheduled related to the joint motion of the Plaintiff United States of America and Defendant State of Maine (collectively, Parties) to modify the Settlement Agreement to remove the Independent Reviewer and make other changes. ECF No. 31.

　　There is good cause for this motion. At the end of the day on September 30, 2025, appropriations to the Department of Justice lapsed. The Department does not know when funding will be restored by Congress. Absent restored appropriations, Department of Justice attorneys and staff are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Per this Court's order, ECF 45, undersigned counsel for the Department of Justice has been granted a limited exception to appear before the Court related to the Parties' joint motion to modify. Because the Department does not know when funding will be restored, the United States requests to appear remotely at oral argument related to the joint motion, regardless of the status of appropriations.

　　The United States contacted attorneys for the State of Maine and for Disability Rights Maine, American Civil Liberties Union of Maine, GLAD Law, and Center for Public Representation

(collectively, the Coalition) related to this motion. The Coalition takes no position on whether the United States appears remotely, so long as the hearing is hybrid so that the Coalition may appear in person. Maine does not consent to the United States appearing remotely.

The United States consents to others, including the public, observing the hearing remotely regardless of the United States' ability to appear remotely.

Dated: October 10, 2025              Respectfully submitted,

                                     HARMEET K. DHILLON
                                     Assistant Attorney General

                                     JONAS GEISSLER
                                     Deputy Assistant Attorney General
                                     Civil Rights Division


                                     /s/ *Victoria Thomas*
                                     KEVIN KIJEWSKI
                                     Deputy Chief
                                     VICTORIA THOMAS
                                     Trial Attorney
                                     Disability Rights Section
                                     Civil Rights Division
                                     U.S. Department of Justice
                                     150 M Street, N.E.
                                     Washington, D.C. 20002
                                     Telephone: (202) 353-5137
                                     victoria.thomas@usdoj.gov

                                     *Counsel for Plaintiff United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2025, I electronically filed this document and any attachments with the Clerk of the Court using the CM/ECF system; that the same will be sent electronically to registered participants as identified in the CM/ECF electronic filing system for this matter.

Dated: October 10, 2025

/s/ *Victoria Thomas*
VICTORIA THOMAS
Trial Attorney
Disability Rights Section Civil Rights Division
U.S. Department of Justice
150 M Street N.E.
Washington, D.C. 20002
Telephone: (202) 353-5137
victoria.thomas@usdoj.gov